**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Emru KEBEDE, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 17, 2016.

### *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of February, 2016, the Petition for Allowance of Appeal is **GRANTED** on the issue of whether Petitioner's sentence violates the prohibition against mandatory life sentences for juvenile offenders announced by the Supreme Court of the United States in *Miller v. Alabama,* 567

154

U.S. 460, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012). As a result of the recent holding by that Court that *Miller* must be applied retroactively by the States, *see Montgomery v. Louisiana,* —— U.S. ——, 136 S.Ct. 718, 193 L.Ed.2d 599 (2016), the Superior Court's order is **VACATED,** and the case is **RE-MANDED** for further proceedings consistent with *Montgomery.*

Justice EAKIN did not participate in the decision of this matter.